RECEIVED JUN 15 2017 BY MAIL

FILED JUN 15 2017 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Dawud-Ameen: Husain )
)
_____ )
_____ )
_____ )

(Enter above the full name of the Plaintiff[s]
in this action.)

- vs -

Cpl. Kevin Smith
(See Exhibit NO.1 - for the rest
of the Defendants) pg. 1 of 9

4:17CV1678 RWS

Case No. _____
(To be assigned by Clerk
of District Court)

(Enter above the full name of ALL Defend-
ant[s] in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the <u>complaint</u>
include the names of all the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

<u>COMPLAINT</u>

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them): See Exhibit NO. 1 - pg. 1 of 9; See Exhibit A and Exhibit B

II. Plaintiff, __Dawud-Ameen: Husain__ resides at __3238 Moffitt Avenue__, __St. Louis__, _____,
              street address                               city                 county

__Missouri__, __63113__ __(314) 478-9770__.
state        zip code     telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, __See Exhibit Number 5- Part B__ lives at, or its business is located at

_____, _____, _____,
street address                             city                 county

_____, _____.
state                  zip code

(if more than one defendant, provide the same information for each defendant below)

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

See Exhibit NO.1 - Pg. 2 of 9 Under Introduction; items Numbers 2, 3, and 4;

Also See Exhibit NO.1 - Pg. 3 of 9 under Specifics, items Numbers 5 - 18.

V. Relief: State briefly and exactly what you want the Court to do for you.

See Exhibit No. 1 - pg. 7 of 9 - Under ReQuest For Relief; Items numbers 32 - 43.

VI. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]        NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

See Exhibit No. 1 - pg. 4 of 9, item Number 17 and item Number 18, of pg. 5 of 9; Exhibit A

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]        NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of June, 2017

Dawud-Ameen: Husain

_____
Signature of Plaintiff(s)

4