UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAWUD AMEEN HUSAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-1678 RLW |
| KEVIN SMITH, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Plaintiff moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(a)(1), plaintiff is required to submit a financial affidavit in support of his motion for leave to proceed in forma pauperis. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff a CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiff must complete the affidavit and return it to the Court no later than **August 16, 2017**.

Dated this 26th day of July, 2017.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE